IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYMNICKA MCPHERSON,<br><br>            Plaintiff,<br><br>v.<br><br>KIDS N PLAY LLC, d/b/a KIDS LAND,<br><br>            Defendant. | CIVIL ACTION<br>File No.: 1:15-cv-00340-WSD-JCF |

**PLAINTIFF'S MOTION TO ENLARGE TIME
TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COST**

COMES NOW, Plaintiff, Kymnicka McPherson, by and through undersigned counsel, hereby moves the court for entry of an order granting an enlargement of time to file Plaintiff's Motion for Attorneys' Fees and Cost and as grounds therefore, states:

1.  On August 25, 2015, Plaintiff filed an Amended Motion for Default Judgement against Defendant Kids N Play LLC d/b/a Kids Land.

2.  On September 16, 2015, a hearing was held before the Honorable J. Clay Fuller on Plaintiff's Motion for Default Judgment against Defendant.

3.  Following the conclusion of the evidentiary hearing, the Court granted

1

Plaintiff twenty-one (21) days to submit her Motion for Attorneys' Fees and Cost, up to and including October 7, 2015.

4. Plaintiff's Counsel is currently in North Carolina preparing for a large trial that is set to begin on October 5, 2015.

5. Plaintiff's Counsel will be in the middle of the trial during the deadline for filing Plaintiff's Motion.  Further, following the trial, Plaintiff's Counsel expects to be engrossed in post-trial motions.

6. Plaintiff is therefore in need of an enlargement of time to properly file a thorough Motion for Attorneys' Fees and Cost.

7. Plaintiff request the additional time to pull together almost two years of billing records and expenses and meticulously examine those records to ensure the reasonableness of our requested award.

8. Plaintiff therefore request an enlargement of time to file her Motion for Attorneys' Fees and Costs until October 23, 2015.

9. No party will be prejudiced by a modest enlargement of time to file Plaintiff's Motion for Attorneys' Fees and Costs.

///

///

///

Therefore, Plaintiff respectfully moves the court for the entry of an order enlarging the time to file Plaintiff's Motion for Attorneys' Fees and Costs.

Respectfully submitted the 30th day of September, 2015.

**SOUTHWORTH, P.C.**

/s/ Shaun C. Southworth
Shaun C. Southworth
Georgia Bar No. 959122
Southworth, P.C.
1100 Peachtree ST NE, Suite 200
Atlanta, GA 30309
Voice - 404.585.8095
Facsimile - 404.393.4129
*Attorney for Ms. Kymnicka McPherson*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing has been prepared in Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

/s/ Shaun C. Southworth
Shaun C. Southworth
Georgia Bar No. 959122

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

KYMNICKA MCPHERSON,

    Plaintiff,

v.

KIDS N PLAY LLC, d/b/a KIDS LAND,

    Defendant.

CIVIL ACTION
File No.: 1:15-cv-00340-WSD-JCF

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO ENLARGE TIME TO FILE PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COST

Plaintiff files this memorandum in support of Plaintiff's Motion to Enlarge Time to File Plaintiff's Motion for Attorneys' Fees and Cost.

## ARGUMENT

Federal Rule of Civil Procedure 6(b)(1) states, in relevant part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

Plaintiff's Counsel was granted twenty-one (21) days to submit Plaintiff's Motion for Attorneys' Fees and Cost, up to and including October 7, 2015.

Plaintiff's Counsel is currently in North Carolina preparing for a large trial that is set to begin on October 5, 2015.  Plaintiff's Counsel will be in the middle of the trial during the deadline for filing Plaintiff's Motion.  Further, following the trial, Plaintiff's Counsel expects to be engrossed in post-trial motions.  Plaintiff is therefore in need of an enlargement of time to properly file a thorough motion.  Plaintiff request the additional time to pull together almost two years of billing records and expenses and meticulously examine those records to ensure the reasonableness of our requested award.  Plaintiff therefore request an enlargement of time to file her Motion for Attorneys' Fees and Costs until October 23, 2015.

Plaintiff files this Motion before the original time to file her Motion for Attorneys' Fees and Cost expires.  No party will be prejudiced by a modest enlargement of time to file Plaintiff's Motion for Attorneys' Fees and Costs as the Defendant has not even made an appearance in the matter to date.  Plaintiff further, does not file this motion to cause undue delay in these proceedings, but rather files this motion in a good faith attempt to be granted much needed time to submit a thorough and proper fee petition.  Given that Defendant has not made an appearance, Plaintiff has not contacted them to get their consent to this motion.

## CONCLUSION

For the aforementioned reasons, Plaintiff respectfully requests that this

Court grant this motion for extension of time to file her Motion for Attorneys' Fees and Costs and extend the time for filing said motion until Friday, October 23, 2015.

Respectfully submitted the 30th day of September, 2015.

                                        **SOUTHWORTH, P.C.**

                          /s/ Shaun C. Southworth
                          Shaun C. Southworth
                          Georgia Bar No. 959122
                          Southworth, P.C.
                          1100 Peachtree ST NE, Suite 200
                          Atlanta, GA 30309
                          Voice - 404.585.8095
                          Facsimile - 404.393.4129
                          *Attorney for Ms. Kymnicka McPherson*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing has been prepared in Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

                          /s/ Shaun C. Southworth
                          Shaun C. Southworth
                          Georgia Bar No. 959122

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYMNICKA MCPHERSON,<br><br>      Plaintiff,<br><br>v.<br><br>KIDS N PLAY LLC, d/b/a KIDS LAND,<br><br>      Defendant. | CIVIL ACTION<br>File No.: 1:15-cv-00340-WSD-JCF |

## **ORDER**

On Plaintiff's Motion to Enlarge Time to File Plaintiff's Motion for Attorneys' Fees and Cost (the "Motion"), IT IS HEREBY ORDERED that Plaintiff's Motion is granted and Plaintiff's Motion for Attorneys' Fees and Cost shall be submitted for consideration by this Court on or before October 23, 2015.

This ____ day of October, 2015.

_____
HONORABLE J. CLAY FULLER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYMNICKA MCPHERSON,<br><br>  Plaintiff,<br><br>v.<br><br>KIDS N PLAY LLC, d/b/a KIDS LAND,<br><br>  Defendant. | CIVIL ACTION<br>File No.: 1:15-cv-00340-WSD-JCF |

## CERTIFICATE OF SERVICE

I hereby certify that on September 30th, 2015, the undersigned caused a true and correct copy of the foregoing ***Plaintiff's Motion to Enlarge Time to File Plaintiff's Motion for Attorneys' Fees,*** to be served upon the defendant at its registered headquarters by First-Class Mail, postage prepaid, as follows:

    Kids N Play, LLC d/b/a Kids Land
    3651 Peachtree Pkwy, Suite E-381
    Suwanee, GA, 30024

      /s/ Shaun C. Southworth
      Shaun C. Southworth
      Georgia Bar No. 959122
      Southworth, P.C.
      1100 Peachtree ST NE, Suite 200
      Atlanta, GA 30309

Voice - 404.585.8095
Facsimile - 404.393.4129
*Attorney for Ms. Kymnicka McPherson*