IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

KYMNICKA MCPHERSON,

    Plaintiff,

v.

KIDS N PLAY LLC, d/b/a KIDS LAND,

    Defendant.

CIVIL ACTION
File No.: 1:15-cv-00340-WSD-JCF

## PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES

Plaintiff Kymnicka McPherson ("Plaintiff"), brought the above-captioned action Defendant Kids N Play LLC, d/b/a Kids Land, pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII"), as amended, 42 U.S.C. § 2000e et seq. On February 4, 2015, Plaintiff filed her First Amended Complainant for Damages and Equitable Relief for sex discrimination, alleging among other things, she was terminated because she was pregnant, that the EEOC found reasonable cause to believe a violation of the statute(s) occurred, that she was told she was being terminated because she was pregnant, and that Defendant provided her with an employee termination form, a copy of which was attached to the First Amended

1

Complaint, explaining the reason for termination as "[d]ue to pregnancy." On February 27, 2015, the Clerk of Court entered default against Defendant as it did not reply to the First Amended Complaint. To date Defendant has not filed an Answer or otherwise move to defend this action, nor has Defendant in any way contacted Plaintiff's Counsel. On August 12, 2015, Plaintiff moved the Court for an Order entering Default Judgment against Defendant. On September 16, 2015, a hearing was held on Plaintiff's Motion for Entry of Default Judgement. Again the Defendant was not present. On September 16, 2015, the Court ordered Plaintiff to file her Motion for Attorneys' Fees and Related Expenses.

Pursuant to 42 U.S.C. § 2000e et seq., Fed. R. Civ. P. 54(d)(2) and Local Rule 54.2, Plaintiff hereby files her Motion for Reasonable Attorneys' Fees and Related Expenses. The total of attorneys' fees and related expenses, as of the filing of this motion is approximately $34,416.50 and $899 (expenses).

Plaintiff supports this motion with the memorandum of law, detailed billing records, Declaration of Shaun Southworth and other exhibits filed simultaneously herewith.

Respectfully submitted the 23rd day of October, 2015.

**SOUTHWORTH, P.C.**

/s/ Shaun C. Southworth
Shaun C. Southworth
Georgia Bar No. 959122
Southworth, P.C.
1100 Peachtree ST NE, Suite 200
Atlanta, GA 30309
Voice - 404.585.8095
Facsimile - 404.393.4129
*Attorney for Ms. Kymnicka McPherson*

## CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing has been prepared in Times New Roman font, 14-point type, which is one of the font and point selections approved by the Court in Local Rule 5.1(B).

/s/ Shaun C. Southworth
Shaun C. Southworth
Georgia Bar No. 959122

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KYMNICKA MCPHERSON,<br><br>      Plaintiff,<br><br>v.<br><br>KIDS N PLAY LLC, d/b/a KIDS LAND,<br><br>      Defendant. | CIVIL ACTION<br>File No.: 1:15-cv-00340-WSD-JCF |

## CERTIFICATE OF SERVICE

I hereby certify that on October 23rd, 2015, the undersigned caused a true and correct copy of the foregoing *Plaintiff's Motion for Attorneys' Fees and Related Expenses,* to be served upon the defendant at its registered headquarters by First-Class Mail, postage prepaid, as follows:

> Kids N Play, LLC d/b/a Kids Land
> 3651 Peachtree Pkwy, Suite E-381
> Suwanee, GA, 30024

> /s/ Shaun C. Southworth
> Shaun C. Southworth
> Georgia Bar No. 959122
> Southworth, P.C.
> 1100 Peachtree ST NE, Suite 200
> Atlanta, GA 30309

       Voice - 404.585.8095
       Facsimile - 404.393.4129
       *Attorney for Ms. Kymnicka McPherson*